# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARY NOBRIGA,<br><br>   Plaintiff,<br><br>v.<br><br>ROADSAFE TRAFFIC SYSTEMS, INC.<br><br>   Defendant. | Case No. 2:22-cv-01845-RFB-NJK<br><br>**ORDER**<br><br>[Docket No. 21] |

Pending before the Court is a stipulation to extend case management deadlines by 30 days. Docket No. 21.

A request to extend unexpired deadlines in the scheduling order must be premised on a showing of good cause. Fed. R. Civ. P. 16(b)(4); Local Rule 26-3. The good cause analysis turns on whether the subject deadlines cannot reasonably be met despite the exercise of diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 610 (9th Cir. 1992). The required showing of diligence is measured by the conduct displayed throughout the entire period of time already allowed. *See, e.g.*, *Muniz v. United Parcel Serv., Inc.*, 731 F. Supp. 2d 961, 967 (N.D. Cal. 2010). "When a request to extend case management deadlines is made by stipulation, courts may consider the joint nature of the request in deciding whether the circumstances warrant an amendment to the scheduling order. Nonetheless, courts addressing such requests are deciding at bottom whether to modify their own orders, an issue that need not be based necessarily on the promptings of the parties." *Williams v. James River Grp.*, 627 F. Supp. 3d 1172, 1178 (D. Nev. 2022).

The instant stipulation seeks the requested extension due to delays caused by Defense counsel's upcoming trial in an unrelated matter. *See* Docket No. 21 at 2-3. While the Court

cautions the parties that a busy schedule is not good cause for the extension sought, *see Williams*, 627 F. Supp. 3d at 1180, the Court finds that good cause exists to justify an extension of 30 days.[1]

Accordingly, the stipulation to extend case management deadlines is **GRANTED**. Deadlines are **RESET** as follows:

- Amend pleadings/ add parties:  closed
- Initial experts:  closed
- Rebuttal experts:  closed
- Discovery cutoff:  November 27, 2023
- Dispositive motions:  December 27, 2023
- Joint proposed pretrial order:  January 26, 2024, or 30 days after resolution of dispositive motions

**NO FURTHER EXTENSIONS WILL BE GRANTED**.

IT IS SO ORDERED.

Dated: October 5, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court does not find good cause to extend the discovery deadlines to the extent that the parties wish to accommodate potential mediation and the holiday season.